IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

No. 3:19-cv-00011

| | |
|---|---|
| SOUTHERN ENVIRONMENTAL LAW CENTER<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID BERNHARDT, in his official capacity as Acting Secretary of the Department of the Interior,<br><br>DANIEL SMITH, in his official capacity as Deputy Director Exercising the Authority of Director for the National Park Service, an agency within the Department of the Interior, and<br><br>DANIEL JORJANI, in his official capacity as Principal Deputy Solicitor Exercising the Authority of Solicitor, the head of the Office of the Solicitor, an agency within the Department of the Interior,<br><br>　　　　　　Defendants. | **PROPOSED ORDER GRANTING UNOPPOSED MOTION TO RESET DEADLINES** |

　　　Plaintiff requests an extension of the deadlines currently set by the June 9, 2020 Order Granting Motion to Reset Deadlines.  For cause, Plaintiff represents that the project that occasioned the FOIA request in this case has been cancelled; that Defendants have provided their final response to the FOIA request; and that attorney's fees and costs are the only issues remaining for resolution; and that the parties require additional time to attempt to resolve that issue by agreement.  Defendants do not oppose the motion.

　　　Upon consideration of this motion, it is hereby

ORDERED

　　　Plaintiff has until September 16, 2020, to file any Petition for Attorney's Fees and Expenses.

2

ENTERED, this_____day of _____, 2020.

_____
GLEN E. CONRAD
UNITED STATES DISTRICT JUDGE

2